■ DOROTHY WILLIAMS, as Administratrix of the Estate of MICHAEL E. WILLIAMS, Deceased, Appellant, v. ORANGE & ROCKLAND UTILITIES, INC., Respondent — In an action to recover damages for wrongful death, plaintiff appeals from a judgment of the Supreme Court, Orange County, entered February 5, 1973, in favor of defendant upon the trial court's dismissal of the complaint at the end of the entire case upon a jury trial. Judgment reversed, on the law, and new trial granted, with costs to abide the event. The appeal presented no questions of fact. The evidence at the trial presented questions of fact for determination by the jury. Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.

■ JENNIFER WROBLESKI, an Infant, by Her Parent and Natural Guardian, RAYMOND WROBLESKI, Plaintiff, and RAYMOND WROBLESKI, Individually, Appellant, v. WAKEFIELD HOMES, INC., Respondent, et al., Defendant — In a negligence action to recover damages for personal injuries sustained by an infant and to recover damages for the infant's medical care expended by her father, plaintiff Raymond Wrobleski, the latter appeals from an order of the Supreme Court, Suffolk County, dated April 18, 1974, which denied his motion for summary judgment dismissing the counterclaim of defendant Wakefield Homes, Inc., for legal insufficiency. Appeal dismissed, without costs. Subsequent to the taking of this appeal, defendant Wakefield Homes, Inc., served a further amended answer, by court leave. The new pleading supersedes the original pleading and all proceedings relative thereto have thus been rendered moot ( *Snedecor* v. *Chapel*, 192 App. Div. 915). Further, appellant's counsel has stated in his papers in a motion that a new motion for summary judgment addressed to the further amended answer will be made by him. Cohalan, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.

## (November 22, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO CAPIZZO, Appellant — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed December 14, 1973. Sentence affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Martuscello, Acting P. J., Latham, Shapiro, Cohalan and Christ, JJ., concur.